UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OKYEREMAH NYANNOR,<br><br>Plaintiff - Respondent,<br><br>v.<br><br>ARAMARK SERVICES, INC.; et al.,<br><br>Defendants - Petitioners. | No. 25-8126<br><br>D.C. No.<br>2:24-cv-01543<br>Western District of Washington,<br>Seattle<br><br>ORDER |
| OKYEREMAH NYANNOR,<br><br>Plaintiff - Respondent,<br><br>v.<br><br>ARAMARK SERVICES, INC.; et al.,<br><br>Defendants - Petitioners. | No. 26-5926<br><br>D.C. No.<br>2:24-cv-01543<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: VANDYKE and SUNG, Circuit Judges.

The court has received the emergency motion to stay the district court's remand order. The district court's December 18, 2025 remand order is temporarily stayed pending further order. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). The response to the emergency motion and answer to petition No. 26-5926 are due September 18, 2026. The optional reply in support of the emergency

motion and optional reply in support of petition No. 26-5926 are due September 23, 2026.